UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:16-CR-89-T-17TGW

DONNA DEMPS.

_____/

ORDER

This cause is before the Court sua sponte. This cause is set for trial on Monday, October 3, 2016. The Court directs the Government and Defendant Demps to confer as to proposed jury instructions and proposed verdict forms, and **file the following by Wednesday, September 28, 2016:** 1) a package of jury instructions to which both parties stipulate; 2) a package of the Government's proposed jury instructions to which Defendant Demps objects, if any; and 3) a package of Defendant Demps' proposed jury instructions to which the Government objects, if any. If the parties agree on the verdict form, the parties shall file one proposed verdict form. If the parties cannot agree, each party shall file a proposed verdict form. Accordingly, it is

**ORDERED** that the parties shall file their proposed jury instructions and verdict form in accordance with this Order by **Wednesday, September 28, 2016**.

Case No. 8:16-CR-89-T-17TGW

**DONE and ORDERED** in Chambers in Tampa, Florida on this 7th day of September, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record